THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Framon D. Frasier, Respondent,
v.
State of South
 Carolina, Petitioner.
 
 
 

ON WRIT OF CERTIORARI

Appeal from Charleston County
 R. Markley Dennis, Jr., Circuit Court
 Judge

Memorandum Opinion No.  2011-MO-011
Submitted February 16, 2011  Filed March
 21, 2011

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
Attorney
 General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Matthew
 J. Friedman, all of Columbia, for Petitioner.
Appellate
 Defender LaNelle C. DuRant, of South Carolina Commission on Indigent Defense,
 of Columbia, for Respondent.
 
 
 

PER CURIAM: We
 granted a writ of certiorari to review the post-conviction relief courts order
 granting relief to Petitioner.  After
 careful consideration of the record and briefs, the writ of certiorari is
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN,
 JJ., concur.